**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | **2:22-cv-02668-SHL-tmp** |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| **SUPREME STAFFING LLC; BETTER** | ) | **JURY DEMAND** |
| **PLACEMENTS PERSONNEL LLC; and** | ) | |
| **INSPIRE HOTEL STAFFING LLC.** | ) | |

**Defendants.**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**DEFENDANTS' MOTION TO DISMISS**

Under Fed.R.Civ.P. 6(b)(1)(A), the Equal Employment Opportunity Commission (Commission) submits this unopposed motion for a seven-day extension of time to respond to Supreme Staffing LLC, Better Placements Personnel LLC, and Inspire Hotel Staffing LLC (collectively, Defendants) Motion to Dismiss. The Commission seeks an extension to respond to Defendants' Motion to Dismiss because of the holiday schedule, counsel's schedules, and other court obligations. Allowing the Commission additional time to respond to Defendants' Motion promotes judicial efficiency.  And there is no prejudice to Defendants.  If the Court grants the motion for extension of time to respond, the Commission will file its response by January 9, 2023.

For the reasons stated, the Commission asks the Court to extend its deadline to respond to Defendants' Motion to Dismiss to January 9, 2023.

Date: December 30, 2022.

Respectfully submitted,

FAYE A. WILLIAMS
Regional Attorney
TN Bar No. 11730
faye.williams@eeoc.gov

AMY BLACK
Supervisory Trial Attorney
TN Bar No. 016102
amy.black@eeoc.gov

*/s/ Roslyn Griffin Pack*
ROSLYN GRIFFIN PACK
Trial Attorney
MS Bar No. 103317
roslyn.griffin-pack@eeoc.gov

ASHLEY FINCH
Trial Attorney
TN Bar. 036797
ashley.finch@eeoc.gov

NEIL HILLIS
Trial Attorney
TN Bar. 036048
neil.hillis@eeoc.gov

JEFF WALKER
Trial Attorney
TN Bar. 036553
jeff.walker@eeoc.gov

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Memphis District Office
1407 Union Avenue, Suite 900
Memphis, TN 38104
901-701-6445

KATINA HODGE
Trial Attorney
AR Bar No. 2003100
katina.hodge@eeoc.gov

EQUAL EMPLOYMENT

OPPORTUNITY COMMISSION
820 Louisiana St., Ste. 200
Little Rock, AR 72201
Telephone: (901) 685-4642
Attorneys for Plaintiff
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2022, a true and correct copy that document has

been served on the following attorney(s) by electronic means.

**ZACHARY B. BUSEY**
Tennessee Bar No. 29763
zbusey@bakerdonelson.com

**WHITNEY M. DOWDY**
Tennessee Bar No. 24985
wdowdy@bakerdonelson.com

**MARY KATHERINE SMITH**
Tennessee Bar No. 35328
mkcampion@bakerdonelson.com

**DEAN J. SHAUGER**
Tennessee Bar No. 39746
dshauger@bakerdonelson.com

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000 – telephone
***Attorneys for Defendants***

*/s/ Roslyn Griffin Pack*
Roslyn Griffin Pack