IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 2:22-cv-02668-SHL-tmp |
| v. | ) ) ) ) | |
| SUPREME STAFFING LLC; BETTER PLACEMENTS PERSONNEL LLC; and INSPIRE HOTEL STAFFING LLC. | ) ) ) | JURY DEMAND |

**Defendants.**

### PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff Equal Employment Opportunity Commission (Commission) submits this unopposed motion for a seven-day extension of time to respond to Defendants Supreme Staffing LLC, Better Placements Personnel LLC, and Inspire Hotel Staffing LLC (collectively, Defendants) Motion to Dismiss under Fed.R.Civ.P. 6(b)(1)(A). The Commission seeks more time because of the holiday schedule, counsel's schedules, and other court obligations. Further, allowing the Commission additional time to respond promotes judicial efficiency.

"Motions to extend time are governed by Rule 6(b)(1)(A)," *Curran v. Wepfer Marine, Inc.,* No. 1:20-cv-1229, 2021 WL 1566081, at *3 (W.D. Tenn. April, 21, 2021). Rule 6(b)(1)(A) provides, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time.... if the request is made, before the original time or its extension expires."

The Commission submits it request for an extension before the original time, January 2, 2023 expires. The Commission filed its Complaint on September 29, 2022. *See* Doc. No. 1.

Defendants waived service of summons on October 31, 2022. *See* Doc. No. 10. Defendants moved to dismiss the Commission's Complaint on December 5, 2022. *See* Doc. No. 15. The Commission's deadline to respond to Defendants' Motion to Dismiss is January 2, 2023, a federal holiday.

Because the Commission submits this request before the original time expires, January 2, 2023, and for the reasons requested, the Commission requests this extension. At the same time, the Commission submits that "in general, briefs in response to a dispositive motion are of assistance to the Court, so permitting the filing of a response may promote judicial efficiency." *Delta Alcohol Distributors v. Anheuser-Busch Intern., Inc.*, 28 F. Supp. 3d 682, 687 (E.D. Mich. June 23, 2014). Nor is there any prejudice to Defendants and Defendants do not oppose the motion.

The Commission does not submit this motion for purposes of delay. Rather, this motion is made for the purposes set forth in the preceding paragraphs and so that the Commission can adequately respond to the allegations contained in Defendants' Motion. If the Court grants the motion and provides the seven-day extension, the Commission will respond by January 9, 2023. For good cause shown, the Commission asks the Court to extend its deadline to respond to Defendants' Motion to Dismiss to January 9, 2023.

Date: December 30, 2022.

Respectfully submitted,

FAYE A. WILLIAMS
Regional Attorney
TN Bar No. 11730
faye.williams@eeoc.gov

AMY BLACK
Supervisory Trial Attorney
TN Bar No. 016102
amy.black@eeoc.gov

<u>/s/ Roslyn Griffin Pack</u>
ROSLYN GRIFFIN PACK
Trial Attorney
MS Bar No. 103317
roslyn.griffin-pack@eeoc.gov

ASHLEY FINCH
Trial Attorney
TN Bar. 036797
ashley.finch@eeoc.gov

NEIL HILLIS
Trial Attorney
TN Bar. 036048
neil.hillis@eeoc.gov

JEFF WALKER
Trial Attorney
TN Bar. 036553
jeff.walker@eeoc.gov

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Memphis District Office
1407 Union Avenue, Suite 900
Memphis, TN 38104
901-701-6445

KATINA HODGE
Trial Attorney
AR Bar No. 2003100
katina.hodge@eeoc.gov

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
820 Louisiana St., Ste. 200
Little Rock, AR 72201
Telephone: (901) 685-4642
Attorneys for Plaintiff
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2022 a true and correct copy that document has been served on the following attorney(s) by electronic means.

**ZACHARY B. BUSEY**
Tennessee Bar No. 29763
zbusey@bakerdonelson.com

**WHITNEY M. DOWDY**
Tennessee Bar No. 24985
wdowdy@bakerdonelson.com

**MARY KATHERINE SMITH**
Tennessee Bar No. 35328
mkcampion@bakerdonelson.com

**DEAN J. SHAUGER**
Tennessee Bar No. 39746
dshauger@bakerdonelson.com

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000 – telephone
***Attorneys for Defendants***

*/s/ Roslyn Griffin Pack*
Roslyn Griffin Pack