# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　Plaintiff,<br><br>v.<br><br>SUPREME STAFFING LLC, BETTER PLACEMENTS PERSONNEL LLC, and INSPIRE HOTEL STAFFING LLC,<br><br>　　　Defendants. | No. 2:22-cv-02668-SHL-tmp |

## ORDER STAYING THE ISSUANCE OF SUBPOENA TO THIRD-PARTY TEMPWORKS AND REQUIRING PLAINTIFF TO RESPOND TO MOTION FOR TEMPORARY PROTECTIVE ORDER

Before the Court is Defendants Supreme Staffing LLC, Better Placements Personnel LLC, and Inspire Hotel Staffing LLC's Emergency Motion for Temporary Protective Order Pausing Issuance of Disputed Third-Party Subpoena, filed December 31, 2025. (ECF No. 174.) In the Motion, "Defendants seek an emergency temporary protective order that pauses the EEOC's issuance of a disputed third-party subpoena until objections to the subpoena are resolved." (Id. at PageID 1711.)

Given that Defendants have contested the appropriateness of the third-party subpoena that Plaintiff Equal Employment Opportunity Commission (the "EEOC") seems poised to issue to TempWorks, the Court will temporarily stay the issuance of the subpoena until the matter can be resolved. The EEOC shall respond to Defendants' Motion by January 9. 2026, if the Parties have not resolved the issue by then. The EEOC's response shall address whether good cause exists to issue the temporary protective order, and shall otherwise respond to the Motion.

**IT IS SO ORDERED,** this 1st day of January, 2026.

               s/ Sheryl H. Lipman
               SHERYL H. LIPMAN
               CHIEF UNITED STATES DISTRICT JUDGE